**O'HAGAN MEYER LLP**
VINCENT R. FISHER, SB# 276334
   E-Mail: VFisher@ohaganmeyer.com
JOSE CRUZ ZAVALA-GARCIA, SB# 332671
   E-Mail: Czavala@ohaganmeyer.com
JACQULYNN A. OLIVAREZ, SB# 334923
   E-Mail: JOlivarez@ohaganmeyer.com
One Embarcadero Center, Suite 2100
San Francisco, California 94111
Telephone: 415.604.0159

Attorneys for Defendant CENTRAL NETWORK RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE MORSE and OWEN SMITH JR., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL NETWORK RETAIL GROUP, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed:   November 25, 2024 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.   Central Network Retail Group, LLC

   2.   Orgill Inc.

1  DATED: July 30, 2025                    **O'HAGAN MEYER LLP**

                                            By:  */s/ Vincent R. Fisher*
                                                 _____
                                                 VINCENT R. FISHER
                                                 JOSE CRUZ ZAVALA-GARCIA
                                                 JACQULYNN A. OLIVAREZ
                                                 Attorneys for Defendant CENTRAL NETWORK
                                                 RETAIL GROUP, LLC

DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S CERTIFICATE OF INTERESTED PARTIES