**O'HAGAN MEYER LLP**
VINCENT R. FISHER, SB# 276334
  E-Mail: VFisher@ohaganmeyer.com
JOSE CRUZ ZAVALA-GARCIA, SB# 332671
  E-Mail: Czavala@ohaganmeyer.com
JACQULYNN A. OLIVAREZ, SB# 334923
  E-Mail: JOlivarez@ohaganmeyer.com
One Embarcadero Center, Suite 2100
San Francisco, California 94111
Telephone: 415.604.0159

Attorneys for Defendant CENTRAL NETWORK RETAIL GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE MORSE and OWEN SMITH JR., individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL NETWORK RETAIL GROUP, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, AND 1453**<br><br>[FEDERAL QUESTION]<br><br>Action Filed:   November 25, 2024 |

**TO PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 30, 2025, Defendant CENTRAL NETWORK RETAIL GROUP, LLC, (the "Defendant") filed with the Clerk of the Court for the United States District Court, Northern District of California, a Notice of Removal and supporting pleadings to accomplish the removal of the action pending in the County of Alameda, entitled *Steven Lawrence Morse and Owen Smith Jr. v. Central Network Retail Group, LLC*, Alameda County Superior Court Case No. 24CV097267.

A copy of the Notice of Removal to Federal Court has also been filed with the Clerk of the San Mateo County Superior Court, as an attachment to the Notice to the State Court of Removal to Federal Court. Plaintiff was served with a copy of the Notice of Removal to Federal Court and

1  supporting papers in conjunction with the Notice to State Court of Removal to Federal Court.

2       Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, this action now will be placed on the

3  docket of this District Court for further proceedings.

5  DATED: July 30, 2025          **O'HAGAN MEYER LLP**

By:  */s/ Vincent R. Fisher*
      VINCENT R. FISHER
      JOSE CRUZ ZAVALA-GARCIA
      JACQULYNN A. OLIVAREZ
      Attorneys for Defendant CENTRAL NETWORK RETAIL GROUP, LLC

2

DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, AND 1453