1  **O'HAGAN MEYER LLP**
   VINCENT R. FISHER, SB# 276334
2      E-Mail: VFisher@ohaganmeyer.com
   JOSE CRUZ ZAVALA-GARCIA, SB# 332671
3      E-Mail: CZavala@ohaganmeyer.com
   JACQULYNN A. OLIVAREZ, SB# 334923
4      E-Mail: JOlivarez@ohaganmeyer.com
5  One Embarcadero Center, Suite 2100
   San Francisco, California 94111
6  Telephone: 415.604.0159

7  Attorneys for Defendant CENTRAL NETWORK
   RETAIL GROUP, LLC
8

9              UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

12 | STEVEN LAWRENCE MORSE and OWEN SMITH JR., individually, and on behalf of all others similarly situated, | Case No.
13 |  |
   |  | **CERTIFICATE OF SERVICE**
14 |  |
   | Plaintiff, |
15 |  |
   | vs. |
16 |  |
   | CENTRAL NETWORK RETAIL GROUP, LLC, a limited liability company; and DOES 1 through 10, inclusive, |
17 |  |
18 |  |
   | Defendants. |
19

# CERTIFICATE OF SERVICE
*Morse, et al. v. Central Network Retail Group*
United States District Court, Northern District of California

I, the undersigned, hereby declare:

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 2100, San Francisco, CA 94111.

On July 30, 2025, I served true copies of the following document(s):

**DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE OF REMOVAL**

**DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446, AND 1453**

**DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S CERTIFICATE OF INTERESTED PARTIES**

**DECLARATION OF HANNAH WESSON IN SUPPORT OF DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE OF REMOVAL**

**DECLARATION OF JACQULYNN A. OLIVAREZ IN SUPPORT OF DEFENDANT CENTRAL NETWORK RETAIL GROUP, LLC'S NOTICE OF REMOVAL WITH ACCOMPANYING EXHIBITS 1 THROUGH 12**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Tyler J. Woods<br>James Yoo<br>Eddie Ponce<br>Ruby Carrera<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010 | [*Attorneys for Plaintiffs Steven Lawrence Morse And Owen Smith Jr.*]<br><br>Tel: (213) 381-9988<br>Fax: (213) 381-9989<br>Email:<br>tyler.woods@wilshirelawfirm.com<br>james.yoo@wilshirelawfirm.com<br>eddie.ponce@wilshirelawfirm.com<br>ruby.carrera@wilshirelawfirm.com |

I served the document(s) by the following means:

☒ By ECF delivery on the parties listed herein at their email addresses or email of record in this action.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 30, 2025, at San Francisco, California.

*/s/ Mabelene Valeros*
Mabelene Valeros

CERTIFICATE OF SERVICE