UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN LAWRENCE MORSE AND OWEN SMITH JR.,

Plaintiff,

v.

CENTRAL NETWORK RETAIL GROUP, LLC,

Defendant.

Case No. 3:25-CV-06411-AMO

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) CENTRAL NETWORK RETAIL GROUP, LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Eric M. Fox and Thomas Boswell of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Name(s) of counsel withdrawing from representation and firm name:

Vincent R. Fisher, Jose Cruz Zavala-Garcia and Jacqulynn A. Olivarez of O'Hagan Meyer LLP

Date: October 24, 2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
UNITED STATES DISTRICT/MAGISTRATE JUDGE