UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LAWRENCE MORSE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL NETWORK RETAIL GROUP, LLC,<br><br>Defendant. | Case No.  25-cv-06411-AMO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Rita F. Lin for consideration of whether the case is related to 3:25-cv-06410-RFL, *Rathjen v. Central Network Retail Group, LLC*.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**